# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:97CR198** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TORREY L. THOMPSON,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Eric L. Whitner to withdraw as counsel for the defendant, Torrey L. Thompson (Thompson) (Filing No. 47). The motion is granted.

**IT IS SO ORDERED.**

DATED this 28th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge