# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:97CR198 |
| vs. ) | |
| ) | ORDER |
| TORREY L. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

Defendant Torrey L. Thompson (Thompson) appeared before the court on March 3, 2006, on a Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 45). Thompson was represented by Alan G. Stoler and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, Thompson waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that Thompson should be held to answer for a final dispositional hearing before Judge Laurie Smith Camp.

The government did not request detention. Thompson was released on conditions pending his dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m. on April 6, 2006.** Defendant must be present in person.

DATED this 6th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge